UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

SUSAN LLOYD,                                    :
               Plaintiff,                          :
                             :
               v.                                     :    No. 5:25-cv-4512
                             :
JUDGE DENIS COHEN; 1ST JUDICIAL    :
DISTRICT COURT OF COMMON PLEAS; :
PETER DIVON; JAMES GREEN;             :
And HARRISON HAGELGANS;              :
               Defendants.                    :

_____

## O R D E R

    **AND NOW**, this 11th day of March, 2026, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED:**

    1.    The Motion to Dismiss filed by the BBC Defendants,[1] ECF No. 27, is **GRANTED**.

    2.    The Motion to Dismiss filed by the Court Defendants,[2] ECF No. 28, is **GRANTED**.

    3.    The Motion to Dismiss filed by Peter Divon, ECF No. 29, ECF No. 29, is **GRANTED**.

    4.    Plaintiff's brief in opposition to the Motions to Dismiss, which is docketed as a motion and which seeks leave to file a second amended complaint, ECF No. 33, is **DENIED**.

    5.    The Amended Complaint, ECF No. 22, is **DISMISSED with prejudice**.

    6.    This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

_____

[1]    The "BBC Defendants" include James Green, Esquire and Harrison Hagelgans, Esquire at BBC Law, LLP.

[2]    The "Court Defendants" include Honorable Judge Cohen and the First Judicial District of Pennsylvania ("FJD").