UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

SUSAN LLOYD,                            :
          Plaintiff,                 :
                                        :
          v.                         :    No. 5:25-cv-4512
                                        :
JUDGE DENIS COHEN; 1ST JUDICIAL         :
DISTRICT COURT OF COMMON PLEAS;         :
PETER DIVON; JAMES GREEN;               :
and HARRISON HAGELGANS;                 :
          Defendants.                :

_____

**O R D E R**

**AND NOW**, this 14th day of May, 2026, upon consideration of Lloyd's Motion to

Vacate, *see* ECF No. 39, seeking reconsideration of this Court's Opinion and Order dated March

11, 2026, and the briefs thereto, *see* ECF Nos. 40-42; and for the reasons set forth in the Opinion

dated March 11, 2026, *see* ECF No. 37, and in the Opinion issued this date; **IT IS ORDERED**

**THAT:**

    1.    The Motion to Vacate, ECF No. 39, is **DENIED**.

    2.    This case remains **CLOSED**.

                            BY THE COURT:

                            */s/ Joseph F. Leeson, Jr.*
                            JOSEPH F. LEESON, JR.
                            United States District Judge

051326